FILED: December 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2275
(1:22-cv-00080-TSK)

_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; SECOND AMENDMENT FOUNDATION; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

    Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

    Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:22-cv-00080-TSK |
| Date notice of appeal filed in originating court: | 12/08/2023 |
| Appellants | Alcohol, Tobacco, Firearms and Explosives; Steven Dettelbach; Merrick Garland |
| Appellate Case Number | 23-2275 |
| Case Manager | Emily Borneisen<br>804-916-2704 |