**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 3, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 23-2275,   Steven Brown v. ATF
               1:22-cv-00080-TSK

TO:   Benjamin  Weekley
      West Virginia Citizens Defense League, Incorporated
      Steven Robert Brown

REQUESTED FORM(S) DUE:  January 8, 2024

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

  [X] Disclosure Statement
  [X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704