## DISCLOSURE STATEMENT

Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence state that each organization does not have parent corporations. They do not have stock, and therefore no publicly held company owns 10% or more of their stock.

/s/ *Beatriz L. Albornoz*
Beatriz L. Albornoz
*Counsel for* Amici Curiae
*Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence*

January 29, 2024