FILED: January 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2275
(1:22-cv-00080-TSK)

_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

      Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

      Defendants - Appellants

------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE

      Amici Supporting Appellants

_____

O R D E R
_____

Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk