FILED: February 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2275
(1:22-cv-00080-TSK)
_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

  Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

  Defendants - Appellants

-------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY

  Amici Supporting Appellants

_____

O R D E R
_____

      For reasons appearing to the court, this case is placed in abeyance pending decisions by this court in *Maryland Shall Issue, Inc. v. Wes Moore*, No. 21-2017, *United States v. Price*, No. 22-4609, and *Dominic Bianchi v. Anthony G. Brown*, No. 21-1255.

                                                  For the Court

                                                  /s/ Nwamaka Anowi, Clerk