FILED: February 29, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 23-2275
(1:22-cv-00080-TSK)

———————————

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA
CITIZENS DEFENSE LEAGUE, INC.

        Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN
MICHAEL DETTELBACH, Director of the ATF, in official capacity

        Defendants - Appellants

------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY
CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN
SAFETY

        Amici Supporting Appellants

NATIONAL SHOOTING SPORTS FOUNDATION, INC.

        Amicus Supporting Appellees

_____

O R D E R

_____

National Shooting Sports Foundation, Inc. has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk