FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2275
(1:22-cv-00080-TSK)

_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

  Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

  Defendants - Appellants

------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY

  Amici Supporting Appellants

NATIONAL SHOOTING SPORTS FOUNDATION, INC.

  Amicus Supporting Appellees

_____

O R D E R

_____

The court resumes the briefing schedule in the above case. Any reply brief shall be filed on or before October 8, 2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk