IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

STEVEN ROBERT BROWN, et al.,

        Plaintiffs-Appellees,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

        Defendants-Appellants.

No. 23-2275

## APPELLANTS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Local Rule 31(c), the government respectfully moves to modify the briefing schedule in the manner set forth below. This motion is unopposed.

1. This appeal involves a Second Amendment challenge to the federal statute prohibiting federal firearms licensees from selling handguns to under-21-year-olds. After the opening and response briefs were filed, the Court held briefing in abeyance pending the en banc Court's disposition of three Second Amendment cases. Those cases have now been resolved and the Court has accordingly directed that briefing

in this case resume. Under a briefing schedule entered earlier this week, the government's reply brief is due on October 8, 2024.

2. The government respectfully requests that this deadline be extended by 30 days, such that the government's brief is due on November 7, 2024. The government has not previously sought an extension of the deadline.

3. The requested extension is necessary in light of other deadlines faced by government counsel. Steven Hazel has principal responsibility for preparing the government's brief in this case. Mr. Hazel also has principal responsibility for presenting argument in *Reese v. ATF*, No. 23-30033 (5th Cir.) (argument set for September 23, 2024) and in *NSBU v. Yellen*, No. 24-10736 (11th Cir.) (argument set for September 27, 2024). Mr. Hazel is also responsible for multiple time-sensitive internal matters. In addition, Mr. Hazel has a previously-scheduled vacation from October 4 to October 11.

4. Mark Stern has supervisory responsibility for the government's brief in this case. Mr. Stern also has supervisory responsibility for the following matters with upcoming deadlines: *New York v. Biden*, No. 23-5103 (D.C. Cir.) (opening brief due on October 21, 2024); *Virgin Islands*

*Housing Finance Auth. v. FEMA*, No. 24-5122 (D.C. Cir.) (response brief due on November 8, 2024); *Brown v. FBI*, No. 23-5244 (D.C. Cir.) (response brief due on October 18, 2024); *Washington Lawyers' Committee for Civil Rights and Urban Affairs v. DOJ*, No. 24-5127 (D.C. Cir.) (response brief due on October 18, 2024).

    5.  William Bergstrom, counsel for plaintiffs, has informed the undersigned that plaintiffs do not oppose this proposed change to the briefing schedule.

                                            Respectfully submitted,

                                            MARK B. STERN

                                             s/ Steven H. Hazel
                                           STEVEN H. HAZEL
                                            (202) 514-2498
                                           Attorneys
                                           Civil Division, Appellate Staff
                                           U.S. Department of Justice
                                           950 Pennsylvania Ave., N.W.
                                           Room 7217
                                           Washington, D.C. 20530

September 2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                  s/ Steven H. Hazel
                                                  Steven H. Hazel

## CERTIFICATE OF SERVICE

I certify that this motion to modify the briefing schedule, filed on September 18, 2024, complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 365 words according to the count of Microsoft Word and is printed in Century Schoolbook 14-point font.

 s/ Steven H. Hazel  
STEVEN H. HAZEL
