# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 18, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No. 23-2275,   <u>Steven Brown v. ATF</u>
                1:22-cv-00080-TSK

TO:     National Shooting Sports Foundation, Incorporated
        Brady Center to Prevent Gun Violence
        Steven Michael Dettelbach
        Benjamin Weekley
        West Virginia Citizens Defense League, Incorporated
        Bureau of Alcohol, Tobacco, Firearms and Explosives
        Steven Robert Brown
        Merrick B. Garland
        Everytown for Gun Safety
        Giffords Law Center to Prevent Gun Violence

RESPONSE DUE: 10/21/2024

Response is required to the notice requesting information regarding similar cases on or before 10/21/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Emily Borneisen, Deputy Clerk
804-916-2704