# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

**Appeal No. & Caption:** No. 23-2275, Steven Brown v. ATF

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Case No. 23-2085, McCoy v. ATF, also raises a Second Amendment challenge to Sections 922(b)(1) and (c)(1) of chapter 18 of the United States Code and related regulations, which ban commercial sale of handguns to 18-to-20-year-old adult citizens.

**Signature:** /s/ David H. Thompson     **Counsel for:** Plaintiffs-Appellees

**Date:** 10/18/2024

**File using event: RESPONSE/ANSWER (to Similar Case notice)**