# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: Brown v. ATF, No. 23-2275

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> McCoy v. ATF, No. 23-2085. As detailed in the government's motion to consolidate, both cases involve challenges to the federal prohibition on the commercial sale of handguns to 18-to-20-year-olds.

Signature: William J. Taylor, Jr.     Counsel for: Everytown for Gun Safety

Date: Oct. 21, 2024

**File using event: RESPONSE/ANSWER (to Similar Case notice)**