# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-2275  
Date of Oral Argument: 01/30/20  
Caption: Brown v. ATF  
Attorney Arguing: Courtney Dixon  

Arguing on Behalf of (party name): ATF, Steven Dettelbach, Merrick Garland

Select party type:  
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
   →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
   →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Courtney Dixon  
Phone Number (day of argument): 202-353-8189  

Principal Argument Time: 15  
(for appellants and appellees)  
Rebuttal Argument Time (if any): 5  
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:  
Phone Number (day of argument):  

Principal Argument Time:  
(for appellants and appellees)  
Rebuttal Argument Time (if any):  
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:  
Phone Number (day of argument):  

Argument Time:  
Select one of the following: ☐ Order allowing argument time  ☐ Court-Appointed Amicus

Signature: /s/ Courtney L. Dixon  
Date: 12/02/20

12/01/2024 NA