# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-2085; 23-2275     Date of Oral Argument: 01/30/25

Caption: McCoy, et al. v. ATF, et al.; Brown, et al. v. ATF, et al.,

Attorney Arguing: Elliott Harding (McCoy Plaintiffs); William V. Bergstrom (Brown Plaintiffs)

Arguing on Behalf of (party name):

Joshua McCoy, Tyler McGrath, Ian Shackley, Justin Fraser; Steven Robert Brown; Benjamin Weekl

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Elliott Harding
Phone Number (day of argument): 4349628465

Principal Argument Time: 10     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: William V. Bergstrom
Phone Number (day of argument): (202) 220-9622

Principal Argument Time: 10     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
    ☐ Court-Appointed Amicus

Signature: /s Elliott Harding ; /s William V. Bergstrom     Date: 01/06/25

12/01/2024 NA