IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STEVEN ROBERT BROWN, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ATF, et al., <br><br> Defendants-Appellants. | No. 23-2275 |

**MOTION TO WITHDRAW**

Pursuant to Circuit Rule 46(c), defendants-appellants respectfully request that Abby Wright be permitted to withdraw as counsel in this appeal because Ms. Wright is leaving the U.S. Department of Justice as of April 4th. Defendants-appellants will continue to be represented by Steven Hazel, Courtney Dixon, and Michael Raab.

In addition, Mark Stern's last day with the Department was January 31, 2025, and Brian Boynton's last day was January 20, 2025. Both Mr. Boynton and Mr. Stern remain listed on the docket.

Respectfully submitted,

 /s/ Abby C. Wright
ABBY C. WRIGHT
(202) 514-0664
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7517
  Washington, D.C. 20530
  abby.wright@usdoj.gov

MARCH 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 129 words, according to the count of Microsoft Word.

                                          /s/ *Abby C. Wright*
                                          ABBY C. WRIGHT