# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STEVEN ROBERT BROWN, et al.,<br><br>            Plaintiffs-Appellees,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>   FIREARMS AND EXPLOSIVES, et al.,<br><br>            Defendants-Appellants. | No. 23-2275 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 46(c), undersigned counsel respectfully requests leave to withdraw as counsel for defendants-appellants in this case. Defendants-appellants will continue to be represented by Steven Hazel and Michael Raab.

Respectfully submitted,

/s/ *Courtney L. Dixon*
COURTNEY L. DIXON
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, Rm. 7246
Washington, DC 20530
(202) 353-8189
courtney.l.dixon@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 38 words, according to the word count of Microsoft Word.

*/s/ Courtney L. Dixon*
Courtney L. Dixon

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Courtney L. Dixon*
Courtney L. Dixon
