USCA4 Appeal: 23-2275     Doc: 93     Filed: 08/27/2025     Pg: 1 of 2

FILED: August 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2275
(1:22-cv-00080-TSK)

_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

  Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; PAMELA JO BONDI, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

  Defendants - Appellants

------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY

  Amici Supporting Appellants

NATIONAL SHOOTING SPORTS FOUNDATION, INC.

  Amicus Supporting Appellees

_____

## O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Wilkinson, Judge Quattlebaum, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk